**Kenneth T. DEPUTY, Plaintiff Below--Appellant,**

v.

---

128. *Id.*

 

Greg A. DONOPHAN, et al.,
Defendants Below–
Appellees.

No. 325, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015

Decided: December 16, 2015

AFFIRMED.